JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant WHITMIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>REBECCA WHITMIRE,<br><br>    Defendant. | Case No.: CR 25-440 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by the parties to this action that the status conference currently set for March 25, 2026, be continued to May 20, 2026. Counsel stipulates to the waiver of time until May 20, 2026 for effective preparation and continued discovery review. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from March 25, 2026 through May 20, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

I have conferred with the Government and they do not oppose this request.

Stipulation to Continue
Whitmire – 24-440 CRB

DATED: March 18, 2026

_____/s/_____
KARTHIK RAJU
Assistant Federal Public Defender

DATED: March 18, 2026

_____/s/_____
ANUPAM DHILLON
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference currently set for March 25, 2026, be vacated and reset for May 20, 2026.  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from March 25, 2026 through May 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 25, 2026 through May 20, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 25, 2026 through May 20, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 19, 2026    _____
HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation to Continue
Whitmire – 24-440 CRB