JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant WHITMIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>REBECCA WHITMIRE,<br><br>    Defendant. | Case No.: CR 25-440 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO WAIVE DEFENDANT'S APPEARANCE AT THE MAY 20, 2026 STATUS CONFERENCE**<br><br>Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by and between the parties that Ms. Whitmire's personal appearance at the status conference on May 20, 2026 may be waived. Ms. Whitmire is 78 years old, resides in Santa Rosa, does not drive, and suffers from serious medical and mobility issues that make travel to San Francisco extraordinarily difficult. Counsel will appear on her behalf, and the status conference will otherwise remain on calendar as scheduled. The Government does not oppose this request.

DATED: May 14, 2026

_____/s/_____
KARTHIK RAJU
Assistant Federal Public Defender

Stipulation to waive defendant's appearance
Whitmire – 24-440 CRB

DATED: May 14, 2026

_____/s/_____
ANUPAM DHILLON
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the defendant's personal appearance at the May 20, 2026 status conference is waived. Counsel may appear on her behalf, and the status conference shall otherwise remain on calendar as scheduled.

IT IS SO ORDERED.

DATED:  May 14, 2026

_____
HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation to waive defendant's appearance
Whitmire – 24-440 CRB