JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Whitmire

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>REBECCA WHITMIRE,<br>Defendant. | Case No.: CR 25-440 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME**<br><br>Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by the parties to this action that the change of plea hearing currently set for August 26, 2026, be continued to Septemer 23, 2026. Counsel stipulates to the waiver of time until Septemer 23, 2026 for effective preparation and continued discovery review. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from August 26, 2026 through Septemer 23, 2026 from computation under the Speedy Trial Act and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

I have conferred with the Government and they do not oppose this request.

DATED: August 24, 2026

_____/s/________
KARTHIK RAJU
Assistant Federal Public Defender

DATED: August 24, 2026

____/s/____________
ANUPAM DHILLON
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the change of plea conference currently set for August 26, 2026, be vacated and reset to Septemer 23, 2026. Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 26, 2026 through Septemer 23, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 26, 2026 through Septemer 23, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 26, 2026 through Septemer 23, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 24, 2026

HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE