CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANUPAM DHILLON (CABN 324746)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
Anupam.Dhillon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA WHITMIRE,<br><br>Defendant. | NO. 25-cr-00440-CRB<br><br>STIPULATION TO EXCLUDE TIME FROM NOVEMBER 19, 2026, TO DECEMBER 16, 2026, AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Rebecca Whitmire, that time be excluded under the Speedy Trial Act from November 19, 2026, through December 16, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that the parties can meaningfully engage in discussions to potentially resolve this case. For this reason, the parties stipulate and agree that excluding time until December 16, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 19, 2026, through December 16, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 20, 2026

/s/
ANUPAM DHILLON
Assistant United States Attorney

DATED: November 20, 2026

/s/
KARTHIK RAJU
Counsel for Defendant Rebecca Whitmire

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 19, 2026, through December 16, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 19, 2026, to December 16, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 19, 2026, through December 16, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 23, 2026

CHARLES R. BREYER
United States District Judge